UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JONATHAN MUNDO,

Plaintiff

v.

DAWN JONES, *et al.*,

Defendants

Case No. 3:18-cv-00543-MMD-WGC

ORDER

## I. DISCUSSION

Plaintiff seeks a 60-day extension of time to file his first amended complaint. (ECF No. 12 at 1). The Court grants the motion for an extension of time. Plaintiff shall file his first amended complaint on or before **December 30, 2019**. If Plaintiff fails to file a timely first amended complaint, Plaintiff's federal claims will be dismissed with prejudice for failure to state a claim, and Plaintiff's state law claims will be dismissed without prejudice due to a lack of jurisdiction. (*See* ECF No. 10 at 10).

## II. CONCLUSION

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 12) is granted.

It is further ordered that Plaintiff shall file his first amended complaint on or before **December 30, 2019**.

It is further ordered that, if Plaintiff fails to timely file his first amended complaint, Plaintiff's federal claims will be dismissed with prejudice for failure to state a claim, and Plaintiff's state law claims will be dismissed without prejudice due to a lack of jurisdiction.

DATED: October 21, 2019.

_____
UNITED STATES MAGISTRATE JUDGE